UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
FRED E. WEIDERHOLD, JR.,             )
                                                              )
        Petitioner,                      )
                                                              )
        v.                                )        Misc. Action No. 06-0423 (PLF)
                                                              )
KNORR BRAKE CORPORATION        )
                                                              )
        Respondent.                  )
_____)

ORDER

        This matter is before the Court on the petition of the National Railroad Passenger Corporation's Inspector General for summary and expedited enforcement of an administrative subpoena *duces tecum*. Upon consideration of the petition, it is hereby

        ORDERED that a copy of this Order, together with the Petition, supporting exhibits and memorandum, be served upon respondent Knorr Brake Corporation on or before October 20, 2006; it is

        FURTHER ORDERED that respondent Knorr Brake Corporation shall show cause in writing, on or before November 9, 2006, why it should not be compelled to obey subpoena 05-03 issued by petitioner; it is

        FURTHER ORDERED that respondents shall maintain and preserve any documents that are or may be responsive to the above-described subpoena.

        SO ORDERED.

                                                                      /s/_____
                                                                      PAUL L. FRIEDMAN
DATE: October 11, 2006                      United States District Judge