**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRED E. WEIDERHOLD, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KNORR BRAKE CORPORATION, )<br>)<br>Respondent. )<br>) | Misc. Action No. 06-0423 (PLF) |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

      Please enter my appearance as counsel in this case for Respondent Knorr Brake Corporation.

Dated:    November 3, 2006                      Respectfully submitted,

                                                              /s/ John G. DeGooyer
                                                              John G. DeGooyer (D.C. Bar No. 017970)
                                                              FOLEY & LARDNER LLP
                                                              3000 K Street, N.W., Suite 500
                                                              Washington, D.C.  20007-5143
                                                              Telephone 202.672.5300
                                                               Facsimile 202.672.5399

                                                              *Attorney for Knorr Brake Corporation*

WASH_1740201.1