UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | Misc. Action No. 06-0423 (PLF) |
| v. ) | |
| ) | |
| KNORR BRAKE CORPORATION, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF COUNSEL

I hereby certify that on November 3, 2006, true and correct copies of the Notice of Appearance of John G. DeGooyer as counsel in this case for Respondent Knorr Brake Corporation and the Notice of Electronic Filing thereof were served by first-class mail, postage prepaid upon:

> James E. Tatum, Jr.
> NATIONAL RAILROAD PASSENGER CORPORATION
> Office of the Inspector General
> 10 G Street, N.E.
> Room 3E-414
> Washington, D.C.  20002

/s/ John G. DeGooyer
John G. DeGooyer (D.C. Bar No. 017970)
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

*Attorney for Knorr Brake Corporation*

WASH_1740256.1