UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FRED E. WEIDERHOLD, JR.,            )
                                    )
        Petitioner,              )
                                    )
v.                                  )    Misc. Civil No. 06-0423 (PLF)
                                    )
KNORR BRAKE CORPORATION,            )
                                    )
        Respondent.              )
_____)

**CONSENT MOTION OF KNORR BRAKE CORPORATION FOR
AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO
THE ORDER TO SHOW CAUSE FILED OCTOBER 13, 2006**

    Respondent Knorr Brake Corporation ("KBC"), by its undersigned counsel, hereby moves the Court for an extension of time until November 16, 2006 within which to respond to the Court's Order filed October 13, 2006 ("Order to Show Cause"). Unless the time is extended, KBC's response to the Order to Show Cause is due on or before November 9, 2006. This is KBC's first request for an extension of time to respond to the Order to Show Cause.

    KBC requests this brief extension of time in order to coordinate the preparation of KBC's response with its parent, Knorr-Bremse AG in Munich, Germany.

    In compliance with Local Civil Rule 7(m), KBC's counsel discussed the contents of this motion with counsel for Petitioner in a good faith effort to determine whether Petitioner opposed the relief sought. Petitioner's counsel stated that he consents to the extension of time requested by KBC in this motion.

2

    For this reason, KBC respectfully requests that its motion be granted and that the time for filing its response to the Order to Show Cause be extended to and including November 16, 2006.

Dated:    November 3, 2006               Respectfully submitted,

                                                   /s/ John G. DeGooyer
                                                 John G. DeGooyer (D.C. Bar No.017970)
                                                 FOLEY & LARDNER LLP
                                                 3000 K Street, N.W., Suite 500
                                                 Washington, D.C.  20007-5143
                                                 Telephone 202.672.5300
                                                 Facsimile 202.672.5399

                                                 *Attorney for Knorr Brake Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006, true and correct copies of the foregoing Consent Motion of Knorr Brake Corporation For An Extension Of Time Within Which To Respond To The Order To Show Cause Filed October 13, 2006, proposed Order, and the Notice of Electronic Filing thereof were served by first-class mail, postage prepaid upon:

>James E. Tatum, Jr.
>NATIONAL RAILROAD PASSENGER CORPORATION
>Office of the Inspector General
>10 G Street, N.E.
>Room 3E-414
>Washington, D.C.  20002

/s/ John G. DeGooyer