UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. Civil No. 06-0423 (PLF) |
| ) | |
| KNORR BRAKE CORPORATION, ) | |
| ) | |
| Respondent. ) | |

## ORDER

WHEREAS Respondent has requested an extension of time until November 16, 2006 within which to respond to the Court's Order filed October 13, 2009 ("Order to Show Cause"), and Petitioner has consented to Respondent's request, it is hereby

ORDERED that the time within which Respondent may respond to the Order to Show Cause is extended to and including November 16, 2006.

SO ORDERED.

 

Hon. Paul L. Friedman
United States District Judge

Dated:   November __, 2006