UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. Civil No. 06-0423 (PLF/DAR) |
| ) | |
| KNORR BRAKE CORPORATION, ) | |
| ) | |
| Respondent. ) | |

## ORDER

WHEREAS Respondent has requested an extension of time until November 24, 2006 within which to respond to the Court's Order filed October 13, 2009 ("Order to Show Cause"), and Petitioner has consented to Respondent's request, it is hereby

ORDERED that the time within which Respondent may respond to the Order to Show Cause is extended to and including November 24, 2006.

SO ORDERED.

_____
Hon. Deborah A. Robinson
United States Magistrate Judge

Dated:    November __, 2006