UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR.
  AS INSPECTOR GENERAL
NATIONAL RAILROAD PASSENGER
  CORPORATION

    Petitioner

    v.

KNORR BRAKE CORPORATION,

    Respondent.

Civil No. 1:06 MS 423
(PLF) (dar)

## ORDER

Upon consideration of "Petitioner's Motion To Schedule Hearing On Petition For Summary Enforcement Of An Administrative Subpoena On December 12, 2006", it is by this Court this ___ day of ___, 2006,

ORDERED, that said Motion is hereby granted; and, it is further

ORDERED that a hearing on the merits of the "Amended Petition for Summary and Expedited Enforcement of Inspector General Subpoenas Duces Tecum" (Dckt. No. 10) shall be heard on December 12, 2006 at 2:00 p.m.

                              Deborah A. Robinson
                              United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2006, I caused to be served copies of "Petitioner's Motion To Schedule Hearing On Petition For Summary Enforcement Of Administrative Subpoenas On December 12, 2006", supporting memorandum and proposed Order, on the below-listed counsel, by United States mail, first-class postage prepaid:

> John G. DeGooyer, Esq.
> Foley & Lardner, LLP
> Washington Harbour
> 3000 K. Street, NW
> Suite 500
> Washington, D.C. 20007-5143

*James E. Tatum, Jr.*