**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
FRED E. WEIDERHOLD, JR.,                      )
                                              )
                    Petitioner,               )
                                              )
        v.                                    )        Misc. Civil No. 06-0423 (PLF/DAR)
                                              )
KNORR BRAKE CORPORATION,                      )
                                              )
                    Respondent.               )
_____)


**EMERGENCY MOTION OF KNORR BRAKE CORPORATION FOR**
**AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO**
**THE ORDER TO SHOW CAUSE FILED OCTOBER 13, 2006**

Respondent Knorr Brake Corporation ("KBC"), by its undersigned counsel, hereby moves the Court for a one-day extension of time until Monday, November 27, 2006 within which to respond to the Court's Order filed October 13, 2006 ("Order to Show Cause"). Unless the time is extended, KBC's response to the Order to Show Cause is due on or before Friday, November 24, 2006, by virtue of the Court's Order filed November 15, 2006. This is KBC's third request for an extension of time to respond to the Order to Show Cause. If this request for one additional day is granted, however, the total extension of time from the original response date of November 9, 2006 is only ten working days.

KBC requests this one-day extension of time because it appears that the signatory of a possible declaration to accompany KBC's response may not be available until Monday, November 27, 2006. This one-day extension of time will work no hardship on Respondent or his counsel. Moreover, the status conference in this matter is now scheduled for December 12, 2006

– more than two weeks after November 27, 2006 – which will give Respondent ample to time to reply to Petitioner's response before that conference.

In compliance with Local Civil Rule 7(m), KBC's counsel has attempted to discuss the contents of this motion with counsel for Petitioner (via e-mail and voice mail messages) in a good faith effort to determine whether Petitioner opposed the relief sought. Petitioner's counsel has not responded.

For this reason, KBC respectfully requests that its motion be granted and that the time for filing its response to the Order to Show Cause be extended to and including November 27, 2006.

Dated:      November 22, 2006                          Respectfully submitted,


                                                       /s/ John G. DeGooyer
                                                       John G. DeGooyer (D.C. Bar No.017970)
                                                       FOLEY & LARDNER LLP
                                                       3000 K Street, N.W., Suite 500
                                                       Washington, D.C.  20007-5143
                                                       Telephone 202.672.5300
                                                       Facsimile 202.672.5399

                                                       *Attorney for Knorr Brake Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 22, 2006, true and correct copies of the foregoing

Emergency Motion of Knorr Brake Corporation For An Extension Of Time Within Which To

Respond To The Order To Show Cause Filed October 13, 2006, proposed Order, and the Notice

of Electronic Filing thereof were served by e-mail and by first-class mail, postage prepaid, upon:

> James E. Tatum, Jr.
> NATIONAL RAILROAD PASSENGER CORPORATION
> Office of the Inspector General
> 10 G Street, N.E.
> Room 3E-414
> Washington, D.C.  20002

/s/ John G. DeGooyer