UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
FRED E. WEIDERHOLD, JR.,      )
                                              )
            Petitioner,                    )
                                              )
      v.                                     )          Misc. Civil No. 06-0423 (PLF/DAR)
                                              )
KNORR BRAKE CORPORATION, )
                                              )
            Respondent.                 )
_____)

## **ORDER**

WHEREAS Respondent has requested an extension of time until November 27, 2006 within which to respond to the Court's Order filed October 13, 2009 ("Order to Show Cause"), and Petitioner has consented to Respondent's request, it is hereby

ORDERED that the time within which Respondent may respond to the Order to Show Cause is extended to and including November 27, 2006.

SO ORDERED.

                                                            Hon. Deborah A. Robinson
                                                            United States Magistrate Judge

Dated:     November __, 2006