UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KNORR BRAKE CORPORATION, )<br>)<br>Respondent. )<br>) | Misc. Civil No. 06-0423 (PLF/DAR) |

### ORDER

Upon consideration of the Petition and the Response of Respondent Knorr Brake Corporation to the Court's Order filed October 13, 2006, it is hereby

ORDERED that the Petition is dismissed.

SO ORDERED.

Hon. Deborah A. Robinson
United States Magistrate Judge

Dated: _____, 2006