UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KNORR BRAKE CORPORATION, )<br>)<br>Respondent. )<br>) | Misc. Civil No. 06-0423 (PLF/DAR) |

**NOTICE OF WITHDRAWAL OF
KNORR BRAKE CORPORATION'S MOTION FOR AN EXTENSION OF TIME**

Respondent Knorr Brake Corporation by its undersigned counsel, hereby withdraws its motion filed November 22, 2006 for an extension of time within which to respond to the Court's Order filed October 13, 2006.

Dated:    November 24, 2006              Respectfully submitted,


                                          /s/ John G. DeGooyer
                                          John G. DeGooyer (D.C. Bar No.017970)
                                          FOLEY & LARDNER LLP
                                          3000 K Street, N.W., Suite 500
                                          Washington, D.C.  20007-5143
                                          Telephone 202.672.5300
                                          Facsimile 202.672.5399

                                          *Attorney for Knorr Brake Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 24, 2006, true and correct copies of the foregoing Notice of Withdrawal of Knorr Brake Corporation's Motion For An Extension Of Time and the Notice of Electronic Filing thereof were served by e-mail and by first-class mail, postage prepaid, upon:

>James E. Tatum, Jr.
>NATIONAL RAILROAD PASSENGER CORPORATION
>Office of the Inspector General
>10 G Street, N.E.
>Room 3E-414
>Washington, D.C.  20002

/s/ John G. DeGooyer