UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR. :
  AS INSPECTOR GENERAL :
NATIONAL RAILROAD PASSENGER :
  CORPORATION :
                                :
     Petitioner :
                                :
    v. :   Civil No. 1:06 MS 423
                                :   (PLF) (dar)
                                :
KNORR BRAKE CORPORATION, :
                                :
     Respondent. :
                                :

**PETITIONER'S SUPPLEMENT TO ITS MOTION
TO SCHEDULE HEARING ON PETITION
FOR SUMMARY ENFORCEMENT OF
<u>ADMINISTRATIVE SUBPOENA ON DECEMBER 12, 2006</u>**

Petitioner Fred E. Weiderhold, Jr., Inspector General ("IG") of the National Railroad Passenger Corporation ("Amtrak"), through his undersigned attorney, respectfully supplements his petition, filed in this Court on November 17, 2006, to hold, on December 12, 2006, the hearing on the merits in this summary proceeding to enforce an administrative subpoena, issued by Petitioner in May 2005 to Respondent Knorr Brake Corporation.

      Counsel for Petitioner failed to contact counsel for Respondent prior to filing its motion, as required by Local Civil Rule 7(m), to ascertain Respondent's position on the requested relief. Subsequent to filing its motion, counsel for Petitioner has learned that Respondent, through counsel, does, in fact, object to Petitioner's motion.

Accordingly, Petitioner respectfully submits this supplement and requests that it be made part of Petitioner's motion.

                                      Respectfully submitted,

                                      COLIN C. CARRIERE (# 375016)
Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-404
Washington, DC  20002
Tele: (202) 906-4355

*/s/ James E. Tatum, Jr.*
JAMES E. TATUM, JR. (# 432860)
Associate Legal Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-414
Washington, DC  20002
Tele: (202) 906-4151