UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRED E. WEIDERHOLD, JR.,  ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KNORR BRAKE CORPORATION, ) <br> ) <br> Respondent. ) <br> ) | Misc. Civil No. 06-0423 (PLF/DAR) |

## ORDER

Upon consideration of Petitioner's November 17, 2006 Motion to Schedule Hearing on Petition for Summary Enforcement of Administrative Subpoena on December 12, 2006, and the Memorandum in Opposition thereto filed by Respondent Knorr Brake Corporation, it is hereby

ORDERED that Petitioner's November 17, 2006 Motion to Schedule Hearing is denied.

SO ORDERED.

Hon. Deborah A. Robinson
United States Magistrate Judge

Dated: _____, 2006