UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR. :
  AS INSPECTOR GENERAL :
NATIONAL RAILROAD PASSENGER :
  CORPORATION :
 :
    Petitioner :
 :
    v. : Misc.Civil No. 06-0423
 : (PLF) (dar)
 :
KNORR BRAKE CORPORATION, :
 :
    Respondent. :
 :

## PETITIONER'S MOTION FOR AN ENLARGEMENT OF TIME

Petitioner Fred E. Weiderhold, Jr., Inspector General ("IG") of the National Railroad Passenger Corporation ("Amtrak"), through his undersigned attorney, respectfully moves this Court for an extension of time until December 11, 2006 within which to address issues raised in Knorr Brake Corporation's ("Knorr") Response to the Order to Show Cause filed October 13, 2006. Unless the time is extended, Petitioner's reply is due today, December 6, 2006. This is the Petitioner's first request for an extension of time to address issued raised in Knorr's response.

Petitioner requests this brief extension of time in order to address technical and substantive issues raised in Knorr's response and because of illness with Petitioner's counsel that kept him out of the office for a brief period of time.

In compliance with Local Civil Rule 7(m), Petitioner's counsel discussed the contents of this motion with counsel for Knorr in a good faith effort to determine whether Knorr opposed the relief sought. Despite Petitioner's prior consent to Knorr's request for



RECEIVED
DEC - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an extension of time to file its response to the Order to Show Cause on two occasions, Knorr has declined to provide its consent to Petitioner's reasonable request. Knorr's stated reasons for its opposition to Petitioner's request are (1) that Knorr believes that Petitioner is not entitled to file a Reply and therefore not entitled to an extension of time, and (2) that Knorr's counsel objects to being presented anything "new" the night before the Status Conference.

In response to Knorr's contentions, Petitioner submits that in filing its Petition for Subpoena Enforcement, it requested an opportunity to reply to any response filed by Knorr. Requests of this nature and in this context are generally permitted and such will sharpen the issues for resolution by this Court. Moreover, it is unlikely that the substantive issues addressed in Petitioner's reply will be the subject of the scheduled Status Conference.

For these reasons, Petitioner respectfully requests that its motion be granted and that the time for filing a reply to Knorr's response be extended to and including December 11, 2006.

Dated: November 6, 2006

                                      Respectfully submitted,

                                      COLIN C. CARRIERE (# 375016)
                                      Counsel to the Inspector General
                                      Office of the Inspector General
                                      National Railroad Passenger Corporation
                                      10 G Street, Northeast
                                      Room 3E-404
                                      Washington, DC  20002
                                      Tele: (202) 906-4355

                                      */s/ James E. Tatum, Jr.*
                                      JAMES E. TATUM, JR. (# 432860)
                                      Associate Legal Counsel to the Inspector General
                                      Office of the Inspector General
                                      National Railroad Passenger Corporation
                                      10 G Street, Northeast
                                      Room 3E-414
                                      Washington, DC  20002
                                      Tele: (202) 906-4151

## Certificate of Service

I hereby certify that I have served a copy of Petitioner's "Motion to Enlarge Time" and proposed Order on December 6, 2006 by U.S. mail, postage pre-paid, to:

    John De Gooyer, Esq.
    Foley + Lardner, LLP
    3000 K. St., Suite 500
    Wash., DC
    Counsel for Respondent

                                                                     */s/ James E. Tatum, Jr.*
                                                                     James E. Tatum, Jr.