UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR.<br>AS INSPECTOR GENERAL<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION<br><br>    Petitioner<br><br>    v.<br><br>KNORR BRAKE CORPORATION,<br><br>    Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Misc.Civil No. 06-0423<br>:             (PLF) (dar)<br>:<br>:<br>:<br>:<br>: |

ORDER

Upon consideration of "Petitioner's Motion For An Enlargement Of Time", it is by this Court this ___ day of December, 2006,

ORDERED, that said Motion is hereby granted; and, it is further

ORDERED that the time within which Petitioner may reply to Respondent's Response to the Order to Show Cause is extended to and including December 11, 2006.

SO ORDERED.

Deborah A. Robinson
United States Magistrate Judge