UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
FRED E. WEIDERHOLD, JR.,               )
                                      )
          Petitioner,                  )
                                      )
     v.                                )   Misc. Civil No. 06-0423 (PLF/DAR)
                                      )
KNORR BRAKE CORPORATION,               )
                                      )
          Respondent.                  )
_____)

**KNORR BRAKE CORPORATION'S MEMORANDUM IN OPPOSITION
TO PETITIONER'S MOTION FOR ENLARGEMENT OF TIME**

Respondent Knorr Brake Corporation ("KBC") respectfully submits this memorandum in opposition to the Motion for Enlargement of Time (hereinafter, the "Motion") filed with the Court by Petitioner Fred E. Weiderhold, Jr., Inspector General of the National Railroad Passenger Corporation ("Amtrak") on December 6, 2006.  The Motion seeks additional time in which Petitioner may file a "reply" to KBC's November 24, 2006 Response to the Court's Order to Show Cause filed October 13, 2006 (hereinafter, "KBC's Response").  For the reasons set forth below, Petitioner's Motion should be denied.

Petitioner's Motion is premised on the fundamentally flawed notion that Petitioner is entitled to reply to KBC's Response.  KBC's Response was filed in response to, and as required by, the Court's Order to Show Cause dated October 13, 2006.  Thus, KBC's Response was not a motion seeking affirmative relief to which Petitioner is entitled to file an opposition under Local Rule 7(b).  Nor was KBC's Response itself an "opposition" to the Petition under Local Rule 7(b) to which Petitioner would be entitled to reply under Local Rule 7(d).  There is, in fact, no provision under the Local Rules or the Federal Rules of Civil Procedure by which Petitioner is

entitled as a matter of right to file a response or reply to KBC's Response to an order to show cause issued by the Court. Accordingly, if Petitioner desires to reply to KBC's Response, it must first file a motion seeking leave of Court to do so and explaining why such an additional pleading by Petitioner is necessary.

## CONCLUSION

For the foregoing reasons, KBC respectfully requests that Petitioner's Motion be denied.

Dated:    December 11, 2006                    Respectfully submitted,


                                               /s/ John G. DeGooyer
                                               John G. DeGooyer (D.C. Bar No.017970)
                                               Frank S. Murray (D.C. Bar No. 452063)
                                               FOLEY & LARDNER LLP
                                               3000 K Street, N.W., Suite 500
                                               Washington, D.C.  20007-5143
                                               Telephone 202.672.5300
                                               Facsimile 202.672.5399

                                               *Attorney for Knorr Brake Corporation*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2006, true and correct copies of the foregoing Memorandum in Opposition to Petitioner's Motion for Enlargement of Time, proposed Order, and the Notice of Electronic Filing thereof were served by first-class mail, postage prepaid, upon:

      James E. Tatum, Jr.
      NATIONAL RAILROAD PASSENGER CORPORATION
      Office of the Inspector General
      10 G Street, N.E.
      Room 3E-414
      Washington, D.C.  20002


      /s/ John G. DeGooyer