UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FRED E. WEIDERHOLD, JR.,             )
                                    )
       Petitioner,                 )
                                    )
v.                                  )   Misc. Civil No. 06-0423 (PLF/DAR)
                                    )
KNORR BRAKE CORPORATION,            )
                                    )
       Respondent.                 )
_____)

## **ORDER**

Upon consideration of Petitioner's December 6, 2006 Motion for Enlargement of Time, and the Memorandum in Opposition thereto filed by Respondent Knorr Brake Corporation, it is hereby

ORDERED that Petitioner's December 6, 2006 Motion for Enlargement of Time is denied.

SO ORDERED.

                                                                       Hon. Deborah A. Robinson
                                                                      United States Magistrate Judge

Dated:   _____ __, 2006