# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRED E. WEIDERHOLD, JR., ) | |
| Petitioner, ) | |
| v. ) | Misc. Civil No. 06-0423 (PLF/DAR) |
| KNORR BRAKE CORPORATION, ) | |
| Respondent. ) | |

## STATUS REPORT AND JOINT MOTION FOR STAY OF PROCEEDINGS

Following the status conference before this Court held on December 12, 2006, counsel for the parties met and conferred at the Court's suggestion to explore narrowing the outstanding issues and possibly settling this matter without further proceedings. The parties made considerable progress toward those ends and believe that a brief stay of the proceedings will facilitate that process. Accordingly, the parties have agreed as follows:

(a) Respondent will complete its review of potentially privileged documents and will produce responsive, non-privileged documents, together with a privilege log to Petitioner no later than January 16, 2007;

(b) If the parties have failed to resolve any outstanding issues prior to January 3, 2007, Respondent will file its Motion to Dismiss and Sur-reply to Petitioner's Reply to Respondent's Response to Show Cause Order no later than January 5, 2007; and

(c) Any outstanding issues will be heard before this Court at the previously established hearing date of January 25, 2007 at 10:45 a.m.

For these reasons, the parties jointly request that proceedings in this matter be stayed until January 3, 2007.

Dated:   December 13, 2006                                   Respectfully submitted,


Colin C. Carriere (D.C. Bar No. 375016)                      /s/ John G. DeGooyer
Counsel to the Inspector General                             John G. DeGooyer (D.C. Bar No. 017970)
Office of the Inspector General                              Frank S. Murray (D.C. Bar No. 452063)
National Railroad Passenger Corporation                      FOLEY & LARDNER LLP
10 G Street, N.E.                                            3000 K Street, N.W., Suite 500
Room 3E-404                                                  Washington, D.C. 20007-5143
Washington, D.C. 20002                                       Telephone 202.672.5300
Telephone 202.906.4355                                       Facsimile 202.672.5399
Facsimile 202.906.4695

*Attorneys for Knorr Brake Corporation*

/s/ James E. Tatum, Jr.
James E. Tatum, Jr. (D.C. Bar No. 432860)
Associate Legal Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, N.E.
Room 3E-414
Washington, D.C. 20002
Telephone 202.906. 4151
Facsimile 202. 906.4695

*Attorneys for National Railroad Passenger Corporation*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2006, true and correct copies of the foregoing Status Report And Joint Motion For Stay Of Proceedings, proposed Order, and the Notice of Electronic Filing thereof were served by first-class mail, postage prepaid, upon:

> James E. Tatum, Jr.
> NATIONAL RAILROAD PASSENGER CORPORATION
> Office of the Inspector General
> 10 G Street, N.E.
> Room 3E-414
> Washington, D.C.  20002

/s/ John G. DeGooyer