UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KNORR BRAKE CORPORATION, )<br>)<br>Respondent. )<br>) | Misc. Civil No. 06-0423 (PLF/DAR) |

## **ORDER**

WHEREAS Petitioner and Respondent have jointly requested a stay of proceedings, it is hereby

ORDERED that proceedings be stayed to and including January 3, 2007, at which time the parties will report to the Court on their progress.

SO ORDERED.

_____
Hon. Deborah A. Robinson
United States Magistrate Judge

Dated:   December __, 2006