UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR.,<br>  as Inspector General, National Railroad<br>  Passenger Corporation<br><br>  Petitioner,<br><br>     v.<br><br>KNORR BRAKE CORPORATION,<br><br>  Respondent. | Misc. No. 06-0423<br>PLF/DAR |

## SCHEDULING ORDER

Counsel for the parties appeared before the undersigned United States Magistrate Judge on December 12, 2006 for a status hearing. Upon consideration of the proffers and arguments of counsel and for the reasons set forth on the record, and in accordance with the undersigned's ruling from the bench, it is

**ORDERED** that Respondent's oral request for leave to file (1) a motion to dismiss the Petitioner of The National Railroad Passenger Corporation Inspector General For Summary and Expedited Enforcement of Administrative Subpoenas Duces Tecum, and (2) a response to the Reply of the National Railroad Passenger Corporation Inspector General to Response of Knorr Brake Corporation, is granted, and that such motion and response shall be filed, if at all, by December 14, 2006; and it is

**FURTHER ORDERED** that counsel for the parties shall meet and confer in a effort to narrow the areas of disagreement with respect to the amended petition, the cross petition and the

Weiderhold v. Knorr Brake Corp.                                                                                          2

motion to dismiss, and shall file a report regarding their efforts by no later than December 19, 2006; and it is

**FURTHER ORDERED** that oral argument with respect to all issues which the parties remain unable to resolve is scheduled for 10:45 a.m. on Thursday, January 25, 2007.


December 13, 2006                                          /s/
 (*nunc pro tunc* to December 12, 2006)          DEBORAH A. ROBINSON
                                                                  United States Magistrate Judge