## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRED E. WEIDERHOLD, JR., | ) |
| Petitioner, | ) |
| v. | ) Misc. Civil No. 06-0423 (PLF/DAR) |
| KNORR BRAKE CORPORATION, | ) |
| Respondent. | ) |

**STATUS REPORT AND JOINT MOTION FOR STAY OF PROCEEDINGS**

The parties hereby request an additional stay of proceedings to complete their efforts to settle this matter until February 2, 2007. After the status conference before this Court held on December 12, 2006, counsel for the parties met and conferred at the Court's suggestion and now have an agreement in principle, the details of which the parties are drafting, that would resolve all issues, except possibly respondent's privilege claims with regard to several documents that have not been produced. The parties expect that these settlement efforts will be successful and believe that a brief stay of the proceedings will facilitate that process.

For these reasons, the parties jointly request that proceedings in this matter be stayed until February 2, 2007.

Dated:     January 24, 2007                              Respectfully submitted,

| | |
|---|---|
| Colin C. Carriere (D.C. Bar No. 375016)<br>Counsel to the Inspector General<br>Office of the Inspector General<br>National Railroad Passenger Corporation<br>10 G Street, N.E.<br>Room 3E-404<br>Washington, D.C. 20002<br>Telephone 202.906.4355<br>Facsimile 202.906.4695<br><br>/s/ James E. Tatum, Jr.<br>James E. Tatum, Jr. (D.C. Bar No. 432860)<br>Associate Legal Counsel to the Inspector General<br>Office of the Inspector General<br>National Railroad Passenger Corporation<br>10 G Street, N.E.<br>Room 3E-414<br>Washington, D.C. 20002<br>Telephone 202.906. 4151<br>Facsimile 202. 906.4695<br><br>*Attorneys for National Railroad Passenger Corporation* | /s/ John G. DeGooyer<br>John G. DeGooyer (D.C. Bar No. 017970)<br>Frank S. Murray (D.C. Bar No. 452063)<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 500<br>Washington, D.C. 20007-5143<br>Telephone 202.672.5300<br>Facsimile 202.672.5399<br><br>*Attorneys for Knorr Brake Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, true and correct copies of the foregoing Status Report And Joint Motion For Stay Of Proceedings, proposed Order, and the Notice of Electronic Filing thereof were served by first-class mail, postage prepaid, upon:

> James E. Tatum, Jr.
> NATIONAL RAILROAD PASSENGER CORPORATION
> Office of the Inspector General
> 10 G Street, N.E.
> Room 3E-414
> Washington, D.C.  20002

/s/ John G. DeGooyer