**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRED E. WEIDERHOLD, JR., | ) | |
| Petitioner, | ) | |
| v. | ) | Misc. Civil No. 06-0423 (PLF/DAR) |
| KNORR BRAKE CORPORATION, | ) | |
| Respondent. | ) | |

**ORDER**

WHEREAS Petitioner and Respondent have jointly requested a stay of proceedings, it is hereby

ORDERED that proceedings be stayed to and including February 2, 2007, at which time the parties will report to the Court on their progress.

SO ORDERED.

________________________________
Hon. Deborah A. Robinson
United States Magistrate Judge

Dated: January __, 2007