# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

———————————————————— )
FRED E. WEIDERHOLD, JR.,                         )
                                                 )
                    Petitioner,                  )
                                                 )
        v.                                       )          Misc. Civil No. 06-0423 (PLF/DAR)
                                                 )
KNORR BRAKE CORPORATION,                         )
                                                 )
                    Respondent.                  )
————————————————————)

## ORDER

        WHEREAS Petitioner and Respondent have jointly requested a stay of proceedings, it is

hereby

        ORDERED that proceedings be stayed to and including February 2, 2007, at which time

the parties will report to the Court on their progress.

        SO ORDERED.


                                                 ————————————————————
                                                 Hon. Deborah A. Robinson
                                                 United States Magistrate Judge

Dated:        January __, 2007