UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
FRED E. WEIDERHOLD, JR.,       )
                                                    )
        Petitioner,           )
                                                    )
v.                                              )   Misc. Civil No. 06-0423 (PLF/DAR)
                                                    )
KNORR BRAKE CORPORATION,   )
                                                    )
        Respondent.        )
_____)

**STATUS REPORT AND JOINT MOTION FOR STAY OF PROCEEDINGS**

The parties hereby request an additional stay of proceedings until February 11, 2007, so that they may complete their efforts to settle this matter. After the status conference before this Court held on December 12, 2006, counsel for the parties met and conferred at the Court's suggestion, reached an agreement in principal to settle this matter, and are now reviewing documents. The parties expect that these settlement efforts will be successful and believe that the brief stay of proceedings requested herein will facilitate that process.

For these reasons, the parties jointly request that proceedings in this matter be stayed until February 11, 2007.

Dated:    February 2, 2007                             Respectfully submitted,

Colin C. Carriere (D.C. Bar No. 375016)                /s/ John G. DeGooyer
Counsel to the Inspector General                       John G. DeGooyer (D.C. Bar No. 017970)
Office of the Inspector General                        Frank S. Murray (D.C. Bar No. 452063)
National Railroad Passenger Corporation                FOLEY & LARDNER LLP
10 G Street, N.E.                                      3000 K Street, N.W., Suite 500
Room 3E-404                                            Washington, D.C.  20007-5143
Washington, D.C.  20002                                Telephone 202.672.5300
Telephone 202.906.4355                                 Facsimile 202.672.5399
Facsimile 202.906.4695

*Attorneys for Knorr Brake Corporation*

/s/ James E. Tatum, Jr.
James E. Tatum, Jr. (D.C. Bar No. 432860)
Associate Legal Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, N.E.
Room 3E-414
Washington, D.C.  20002
Telephone 202.906. 4151
Facsimile 202. 906.4695

*Attorneys for National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2007, true and correct copies of the foregoing Status Report And Joint Motion For Stay Of Proceedings, proposed Order, and the Notice of Electronic Filing thereof were served by first-class mail, postage prepaid, upon:

>James E. Tatum, Jr.
>NATIONAL RAILROAD PASSENGER CORPORATION
>Office of the Inspector General
>10 G Street, N.E.
>Room 3E-414
>Washington, D.C. 20002

                                              /s/ John G. DeGooyer