UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR., )
)
      Petitioner, )
)
v. ) Misc. Civil No. 06-0423 (PLF/DAR)
)
KNORR BRAKE CORPORATION, )
)
      Respondent. )

## ORDER

WHEREAS Petitioner and Respondent have jointly requested a stay of proceedings, it is hereby

ORDERED that proceedings be stayed to and including February 11, 2007, at which time the parties will report to the Court on their progress.

SO ORDERED.

                                                  Hon. Deborah A. Robinson
                                                  United States Magistrate Judge

Dated:    February __, 2007