## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRED E. WEIDERHOLD, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. Civil No. 06-0423 (PLF/DAR) |
| ) | |
| KNORR BRAKE CORPORATION, ) | |
| ) | |
| Respondent. ) | |

**STATUS REPORT AND JOINT MOTION FOR STAY OF PROCEEDINGS**

The parties hereby request an additional stay of proceedings until February 11, 2007, so that they may complete their efforts to settle this matter. After the status conference before this Court held on December 12, 2006, counsel for the parties met and conferred at the Court's suggestion, reached an agreement in principal to settle this matter, and are now reviewing documents. The parties expect that these settlement efforts will be successful and believe that the brief stay of proceedings requested herein will facilitate that process.

For these reasons, the parties jointly request that proceedings in this matter be stayed until February 11, 2007.

Dated:      February 2, 2007                                         Respectfully submitted,

| | |
|---|---|
| Colin C. Carriere (D.C. Bar No. 375016)<br>Counsel to the Inspector General<br>Office of the Inspector General<br>National Railroad Passenger Corporation<br>10 G Street, N.E.<br>Room 3E-404<br>Washington, D.C.  20002<br>Telephone 202.906.4355<br>Facsimile 202.906.4695 | /s/ John G. DeGooyer<br>John G. DeGooyer (D.C. Bar No. 017970)<br>Frank S. Murray (D.C. Bar No. 452063)<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 500<br>Washington, D.C.  20007-5143<br>Telephone 202.672.5300<br>Facsimile 202.672.5399<br><br>*Attorneys for Knorr Brake Corporation* |
| /s/ James E. Tatum, Jr.<br>James E. Tatum, Jr. (D.C. Bar No. 432860)<br>Associate Legal Counsel to the Inspector General<br>Office of the Inspector General<br>National Railroad Passenger Corporation<br>10 G Street, N.E.<br>Room 3E-414<br>Washington, D.C.  20002<br>Telephone 202.906. 4151<br>Facsimile 202. 906.4695<br><br>*Attorneys for National Railroad Passenger Corporation* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, true and correct copies of the foregoing Status Report And Joint Motion For Stay Of Proceedings, proposed Order, and the Notice of Electronic Filing thereof were served by first-class mail, postage prepaid, upon:

>James E. Tatum, Jr.
>NATIONAL RAILROAD PASSENGER CORPORATION
>Office of the Inspector General
>10 G Street, N.E.
>Room 3E-414
>Washington, D.C.  20002

>/s/ John G. DeGooyer