UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FRED E. WEIDERHOLD, JR.,            )
                                    )
            Petitioner,             )
                                    )
    v.                              )    Misc. Civil No. 06-0423 (PLF/DAR)
                                    )
KNORR BRAKE CORPORATION,            )
                                    )
            Respondent.             )
_____)

**STATUS REPORT AND JOINT MOTION FOR STAY OF PROCEEDINGS**

The parties hereby request an additional stay of proceedings until February 19, 2007, so that they may complete their efforts to settle this matter. After the status conference before this Court held on December 12, 2006, counsel for the parties met and conferred at the Court's suggestion, reached an agreement in principal to settle this matter, and are now reviewing documents. However, due to other commitments, the parties have not yet completed their review. The parties expect that these settlement efforts will be successful on or before February 19, 2007, and believe that the brief stay of proceedings requested herein will facilitate that process.

For these reasons, the parties jointly request that proceedings in this matter be stayed until February 19, 2007.

Dated:    February 12, 2007                              Respectfully submitted,

| | |
|---|---|
| Colin C. Carriere (D.C. Bar No. 375016)<br>Counsel to the Inspector General<br>Office of the Inspector General<br>National Railroad Passenger Corporation<br>10 G Street, N.E.<br>Room 3E-404<br>Washington, D.C. 20002<br>Telephone 202.906.4355<br>Facsimile 202.906.4695<br><br>/s/ James E. Tatum, Jr.<br>James E. Tatum, Jr. (D.C. Bar No. 432860)<br>Associate Legal Counsel to the Inspector General<br>Office of the Inspector General<br>National Railroad Passenger Corporation<br>10 G Street, N.E.<br>Room 3E-414<br>Washington, D.C. 20002<br>Telephone 202.906. 4151<br>Facsimile 202. 906.4695<br><br>*Attorneys for National Railroad Passenger Corporation* | /s/ John G. DeGooyer<br>John G. DeGooyer (D.C. Bar No. 017970)<br>Frank S. Murray (D.C. Bar No. 452063)<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 500<br>Washington, D.C. 20007-5143<br>Telephone 202.672.5300<br>Facsimile 202.672.5399<br><br>*Attorneys for Knorr Brake Corporation* |

2