UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRED E. WEIDERHOLD, JR., | ) | |
| Petitioner, | ) | |
| v. | ) | Misc. Civil No. 06-0423 (PLF/DAR) |
| KNORR BRAKE CORPORATION, | ) | |
| Respondent. | ) | |

## ORDER

WHEREAS Petitioner and Respondent have jointly requested a stay of proceedings, it is hereby

ORDERED that proceedings be stayed to and including February 19, 2007, at which time the parties will report to the Court on their progress.

SO ORDERED.

_____
Hon. Deborah A. Robinson
United States Magistrate Judge

Dated:   February \_\_, 2007