UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRED E. WEIDERHOLD, JR., | ) |
| Petitioner, | ) |
| v. | ) Misc. Civil No. 06-0423 (PLF/DAR) |
| KNORR BRAKE CORPORATION, | ) |
| Respondent. | ) |

**STATUS REPORT AND JOINT MOTION FOR STAY OF PROCEEDINGS**

The parties hereby request an additional stay of proceedings until February 19, 2007, so that they may complete their efforts to settle this matter. After the status conference before this Court held on December 12, 2006, counsel for the parties met and conferred at the Court's suggestion, reached an agreement in principal to settle this matter, and are now reviewing documents. However, due to other commitments, the parties have not yet completed their review. The parties expect that these settlement efforts will be successful on or before February 19, 2007, and believe that the brief stay of proceedings requested herein will facilitate that process.

For these reasons, the parties jointly request that proceedings in this matter be stayed until February 19, 2007.

Dated:    February 12, 2007                                    Respectfully submitted,

Colin C. Carriere (D.C. Bar No. 375016)            /s/ John G. DeGooyer
Counsel to the Inspector General                      John G. DeGooyer (D.C. Bar No. 017970)
Office of the Inspector General                          Frank S. Murray (D.C. Bar No. 452063)
National Railroad Passenger Corporation         FOLEY & LARDNER LLP
10 G Street, N.E.                                                  3000 K Street, N.W., Suite 500
Room 3E-404                                                        Washington, D.C. 20007-5143
Washington, D.C. 20002                                      Telephone 202.672.5300
Telephone 202.906.4355                                      Facsimile 202.672.5399
Facsimile 202.906.4695

*Attorneys for Knorr Brake Corporation*

/s/ James E. Tatum, Jr.
James E. Tatum, Jr. (D.C. Bar No. 432860)
Associate Legal Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, N.E.
Room 3E-414
Washington, D.C. 20002
Telephone 202.906. 4151
Facsimile 202. 906.4695

*Attorneys for National Railroad Passenger Corporation*

2