UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRED E. WEIDERHOLD, JR. | : | |
|   AS INSPECTOR GENERAL | : | |
|   NATIONAL RAILROAD PASSENGER | : | |
|   CORPORATION | : | |
| | : | |
|     Petitioner | : | |
| | : | |
|     v. | : | Civil No. 1:06 MS 423 |
| | : | (PLF) (dar) |
| | : | |
| KNORR BRAKE CORPORATION, | : | |
| | : | |
|     Respondent. | : | |

**MOTION TO DISMISS PETITION FOR
SUMMARY ENFORCEMENT
OF ADMINISTRATIVE SUBPOENA**

Petitioner Fred E. Weiderhold, Jr., Inspector General of the National Railroad Passenger Corporation, through his undersigned attorney, pursuant to the Settlement Agreement attached hereto, respectfully moves this Court to dismiss his petition, filed in this Court on November 17, 2006, without prejudice.

            Respectfully submitted,

            COLIN C. CARRIERE (# 375016)
            Counsel to the Inspector General
            Office of the Inspector General
            National Railroad Passenger Corporation
            10 G Street, Northeast
            Room 3E-404
            Washington, DC  20002
            Tele: (202) 906-4355


              /s/
            JAMES E. TATUM, JR. (# 432860)
            Associate Legal Counsel to the Inspector General
            Office of the Inspector General
            National Railroad Passenger Corporation
            10 G Street, Northeast
            Room 3E-414
            Washington, DC  20002
            Tele: (202) 906-4151